UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

### CIVIL ACTION CASES:

| | |
|---|---|
| 17-2169 | Lyle vs Satellite Shelters, Inc. |
| 17-6222 | Derrick vs Superior Energy Services, LLC |
| 17-7431 | Ybarra vs International Shipholding Corporation |
| 17-10589 | Roccaforte vs National Flood Insurance Program |
| 17-11327 | Continental Cement Company vs Absolute Concrete Services |
| 18-1288 | Shore Offshore Services, LLC vs JAB Energy Solutions, LLC (closed) |
| 18-4149 | Ford vs Louisiana State Board of Medical Examiners |
| 18-8744 | Green vs United Parcel Service, Inc. |
| 18-9196 | Halliburton vs Administrators of Tulane Educational Fund |
| 19-646 | Williams vs Jackson Hands of Change, LLC |
| 19-1304 | Bertucelli vs Universal City Studios |
| 19-2838 | Riad vs Ganich |
| 19-9559 | Gas Light Pro, LLC vs Bevolo |
| 19-9923 | Central Parking Systems, Inc. vs Premium Parking Service, LLC |
| 19-10424 | Castellanos vs Adams |

### CRIMINAL CASES:

| | |
|---|---|
| 16-197 | USA vs Alexander |
| 18-204 | USA vs Barnes, et al |
| 19-128 | USA vs Sears |

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 17-3456 | Nemzoff v. Louisiana Children's Medical, et al |
| 16-1356 | Wilson et al v. Takata Corporation et al |
| 16-15431 | Hudson v. Gulf Logistics Operating, Inc. |
| 18-6359 | In Re: Weber Marine, LLC |
| 18-6388 | Tricon Steamship Agency v. UStore, Inc, |
| c/w 18-8823 | American Commercial v. Tricon Steamship Agency, Inc. et al |
| 18-7235 | Peters v. Oceaneering International, Inc. |
| 18-9421 | Knight, et al v. Huntington, et al |
| 18-11385 | Crescent City Surgical Center v. Cigna Health |
| 18-11680 | Smartbox, et al v. A. Maloney Moving, et al |
| 18-14046 | Taylor Energy Company, L.L.C. vs. Kristi M. Luttrell, et al |
| c/w 18-14051 | Taylor Energy Company, L.L.C. vs. Convillion Group LLC |
| 19-1796 | Addison v. Associated Terminals, LLC |
| 19-8290 | City of New Orleans v. Apache Louisiana Minerals LLC et al |
| 19-9230 | Atain Specialty v. Privilege Underwriters Reciprocal Exchange |
| 19-9710 | Hudson v. Johnson & Johnson |

**CRIMINAL CASES:**

| | |
|---|---|
| 19-059 | USA v. Sealed |
| 19-083 | USA v. Armstead |
| 19-123 | USA v. Coler, et al |

**IT IS FURTHER ORDERED** that the following Section "F" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 18-2874 | Denise Watkins v. Michael Tregre |
| 18-6679 | Billy Joe Guerrero v. Cox Operating, L.L.C., et al |
| 18-7741 | U.S. Specialty Insurance Company v. Strategic Planning Associates, LLC |
| 18-8971 | Chloe Cortez, et al v. Reggie Pitre, et al |
| 18-9585 | Landrell Hines v. Chateau St. James Rehabilitation and Retirement |
| 18-9901 | Robert Jenkins, Jr. v. Ranger Offshore, Jr. |
| 18-13364 | Joseph Costa v. Debra Ricci, et al |
| 18-14212 | Than Huang Nguyen v. Sea Support Ventures, LLC, et al |
| 19-280 | Dennis Perry v. H.J. Heinz Company Brands, LLC |
| 19-338 | Brandon E. Walker v. Sunland Construction, Inc., et al |
| 19-635 | Rene Chatagnier v. Group Long Term Disability Plan for Employees of PBF Energy Company, LLC, et al |
| 19-740 | Eugene English, et al v. Bridget Edmond, et al |
| 19-9433 | In RE: Marine Ventures, Inc. |
| 19-11236 | Michael W. Holliday v. Marlin N. Gusman |
| 19-11297 | AT&T, Inc. v. William Collins Jones, IV |
| 19-11348 | Thomas E. Lavin, et al v. Practice Protection Fund, et al |

**CRIMINAL CASES:**

| | |
|---|---|
| 18-19 | USA v. Porfirio Garcia, Percel Gomez |
| 19-64 | USA v. Mark Douglas |
| 19-102 | USA v. Adam Lumpkin |

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 17-9955 | Petro Marine Underwriters, Inc., et al. v. Cox Operating, LLC, et al. |
| 17-11273 | Comeaux v. Atos Origin IT Services, Inc., et al |
| 18-3396 | Matherne v. Louisiana, et al. |
| 18-4036 | Acox v. Adler |
| 18-4405 | J&J Sports Productions, Inc. v. Dinette, LLC, et al. |
| 18-6479 | Le Gardeur v. Life's Abundance, Inc. |
| 18-6729 | Hammerman & Gainer, LLC v. Lexington Insurance Company, et al. |
| 18-8869 | Arnold v. United States Department of Agriculture |
| 18-9191 | Beckett, et al. v. G4S Secure Solutions USA, Inc. |
| 18-9559 | Falcon v. Realm Realty Company, et al |
| 19-1377 | Cummings, et al. v. Americredit Financial Services, Inc., et al. |
| 19-1945 | Singleton v. Life Insurance Company of North America |
| 19-10500 | Adoue v. UNUM Life Insurance Company of America |
| 19-9116 | Middleton v. Mercury Insurance Company |
| 19-10888 | Castillo v. E.M. Dimitri, D.O. |
| 19-10937 | Lossi v. Shaw |

**CRIMINAL CASES:**

| | |
|---|---|
| 78-251 | USA v. Jario J Martinez |
| 80-110 | USA v. Maria Piedad Calle de Naravez |
| 83-168 | USA v. Fernando Lopez |
| 86-297 | USA v. Abdulnasser El-Najjar |

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 18-11253 | Helwig v. Marver, et al |
| 19-270 | Hornbeck Offshore Operators, LLC et al v. Knox |
| 19-295 | Etheridge v. Tanner et al |
| 19-1702 | D&S Marine Service, L.L.C. v. Encarnacion |
| 19-2156 | Umbrella Investment Group, LLC et al v. Wolters Kluwer Financial Services, Inc. |
| 19-2348 | Fleming et al v. Elliott Security Solutions, LLC et al |
| 19-6054 | Clark v. Nicholls State University et al |
| 19-6831 | Clark v. Cooper |
| 19-9324 | CRC Distributing, LLC v. Phil's Cakebox Bakeries, Inc. et al |
| 19-9532 | Hughes v. Jean Lafitte Harbor, L.L.C. |
| 19-10495 | Quinn v. Nycom, Inc. |
| 19-10601 | Rigel Trading Corp. v. Marquette Transportation Company Gulf-Inland, LLC |
| 19-10659 | YapStone, Inc. v. Amer |
| 19-10773 | Sutherland v. Orleans Parish Sheriff's Office et al |
| 19-10931 | Wild et al v. St. Tammany Parish Hospital Service District No. 1 |
| 19-11107 | Armstead v. Sewage & Water Board et al |

**CRIMINAL CASES:**

None.

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-14093 | Sansone v. Jazz Company, LLC |
| 19-351 | Verrett v. Vannoy et al |
| 19-2223 | Williams v. Pohlmann et al |
| 19-7961 | Gathright v. Social Security Administration |
| 19-9110 | Marek v. Mechanical Equipment |
| 19-9294 | Scott v. Prudential Insurance Company of America |
| 19-9554 | Landry v. Johnson & Johnson et al |
| 19-9915 | Robinson v. Ancalade et al |
| 19-10073 | Dugas et al v. Fontenot |
| 19-10674 | Brown v. George et al |
| 19-10682 | United States of America v. Land et al |
| 19-10688 | Jenkins v. Vannoy et al |
| 19-10689 | Trosclair v. Monsanto Company et al |
| 19-10775 | U.S. Equal EEOC v. Tamco Professional Coatings |
| 19-11279 | Badon v. Amazing Care Services, LLC et al |
| 19-11346 | Johnson v. Jefferson Parish Correctional Center, et al |

### CRIMINAL CASES:

| | |
|---|---|
| 18-139 | USA vs SEALED |
| 19-99 | USA vs Peralta |

**IT IS FURTHER ORDERED** that the following Section "L" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-7501 | TM Claims Service, Inc., et al v. Barge LF 0503, et al |
| 18-7581 | Theriot v. Chevron |
| 18-8290 | Sonnier v. Bickham |
| 18-8528 | Schexnayder v. Callais & Sons, L.L.C. |
| 18-10526 | In Re: Alexis Marine, L.L.C. |
| 18-14327 | Williams v. Raynor |
| 19-285 | Wen v. Kreitler, et al |
| 19-873 | Warner v. HMS Global Maritime, Inc. |
| 19-1644 | Parsons v. Tote Services, Inc. |
| 19-1736 | Hodges v. Parker Towing Company, Inc. |
| 19-1853 | Bradley v. ACE American Insurance Company |
| 19-9333 | Claiborne v. Hudson Insurance Company |
| 19-9339 | Harry Marsh v. Huntington Ingalls Incorporated, et al |
| 19-10332 | Maldonado v. M&E Construction, LLC |
| 19-10676 | MK electric Man, L.L.C. v. Maillot |
| 19-10880 | WLP Capital v. Patriot Group Services, et al |

### CRIMINAL ACTION CASES:

| | |
|---|---|
| 93-382 | USA v. Francisco Torres-Anguino, et al |
| 19-51 | USA v. SEALED |
| 19-105 | USA v. Anthony Horton |

**IT IS FURTHER ORDERED** that the following Section "M" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

### CIVIL ACTION CASES:

| | |
|---|---|
| 18-7731 | Joie de Vivre Hospitality, LLC v. Slumber Corners Master Tenant, LLC |
| 18-9430 | Stark v. Home Depot USA, Inc. |
| 18-10028 | Miller v. Reliance Standard Life Insurance Company |
| 18-10067 | Ladner v. Walmart, Inc. |
| 18-10756 | Goldring et al v. United States of America |
| 18-11393 | Bruce et al v. Board of Sup. of Louisiana Community and Technical Colleges |
| 18-12270 | Moore v. U.S. Postal Service et al |
| 18-13561 | Zeringue v. Hartford Life and Accident Insurance Company |
| 18-13773 | Laguna Commercial Capital, LLC v. Resources for Better Health LLC et al |
| 19-387 | Cook v. SyncStream Solutions LLC, et al |
| 19-1709 | Clark v. Huntington Ingalls Industries, et al. |
| 19-9120 | Fontana v. New Orleans City et al |
| 19-9308 | Lopez-Lopez v. Orazio et al |
| 19-9340 | USI Insurance Services LLC v Matthews, et al |
| 19-10505 | Marshall et al v. Louisiana State et al |
| 19-10698 | Dat's Cajun Seafood vs. United States of America |

### CRIMINAL CASES:

| | |
|---|---|
| 18-033 | USA v. Darren Ruffin |
| 18-120 | USA v. Davonte DeJean |
| 18-130 | USA v. Robert Glenn Hennessey |
| 19-005 | USA v. SEALED |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Greg Guidry, Section "T" of this Court, effective as of the date of this Order.

**CIVIL ACTION CASES:**

| | |
|---|---|
| 17-6124 | Bocage vs. M-I LLC |
| 17-9663 | Ragas vs. Schexnayder, et al. |
| 17-17116 | Folse vs. Takata Corp. |
| 18-3480 | J&J Sports Production vs. Bundee's |
| 18-5364 | Tyler vs. Riopelle |
| 18-6090 | Giles vs. ACE |
| 18-6660 | Guidry vs. Allstate |
| 18-7975 | Dickerson vs. Superdome |
| 18-8907 | Charles, et al. vs. Wiley Sanders Truck Lines |
| 18-9042 | Lambert, et al. vs. Norris Scott, et al. |
| 18-9771 | Gaidry vs. Life Insurance Co |
| 18-10667 | Kirby Rhodes vs. Medtronic, Inc. |
| 19-1179 | Hanover Insurance vs. Studio Network, et al. |
| 19-1906 | AR Factoring, LLC vs. Commonwealth Applied Silica |
| 19-10490 | Ancira vs. City of New Orleans |
| 19-10766 | Reeves vs. City of New Orleans |

**CRIMINAL CASES:**

| | |
|---|---|
| 18-89 | USA vs. Don Edward Pannell II |
| 19-20 | USA vs. Wayne Triche |
| 19-57 | USA vs. Damien Justin |
| 19-114 | USA vs. Gary Peter Simon, Jr. |

New Orleans, Louisiana, this  27th  day of June 2019.

*[signature]*

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT