UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRADLEY JENKINS**                                          **CIVIL ACTION**

**VERSUS**                                                         **NO. 19-10688**

**DARREL VANNOY**                                       **SECTION: "E" (3)**

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[2] of the United States Magistrate Judge and adopts it as its own opinion. The Court granted Petitioner an extension of time to file objections by August 3, 2020.[3] As of the date of this order, no objections have been filed with the Court. Accordingly,

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of August, 2020.

                                                                                    _____
                                                                                          **SUSIE MORGAN**
                                                                            **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.
[2] *Id.*
[3] R. Doc. 17.